**Order entered May 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01447-CV

**SNOWHITE TEXTILE AND FURNISHINGS, INC., Appellant**

**V.**

**INNVISION HOSPITALITY, INC., Appellee**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-11252**

## ORDER

Before the Court is appellant's May 2, 2019 unopposed first motion to extend the time to

file its brief.  We **GRANT** the motion and **ORDER** the brief be filed no later than June 14, 2019.

/s/      ERIN A. NOWELL
JUSTICE